*E-Filed 10/31/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RICKLEFFS, | No. C 13-2952 RS (PR) |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| VICTOR FRENCH, | |
| Defendant. | |

## INTRODUCTION

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. After having reviewed the complaint pursuant to 28 U.S.C. § 1915A(a), the Court DISMISSES the complaint with leave to file an amended complaint on or before December 15, 2013.

## DISCUSSION

**A.  Standard of Review**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

1  *See* 28 U.S.C. § 1915A(a).  In its review, the court must identify any cognizable claims and
2  dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may
3  be granted or seek monetary relief from a defendant who is immune from such relief.  *See id.*
4  § 1915A(b)(1),(2).  *Pro se* pleadings must be liberally construed.  *See Balistreri v. Pacifica*
5  *Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

6      A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim
7  to relief that is plausible on its face.'"  *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009)
8  (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).  "A claim has facial
9  plausibility when the plaintiff pleads factual content that allows the court to draw the
10 reasonable inference that the defendant is liable for the misconduct alleged."  *Id.* (quoting
11 *Twombly*, 550 U.S. at 556).  Furthermore, a court "is not required to accept legal conclusions
12 cast in the form of factual allegations if those conclusions cannot reasonably be drawn from
13 the facts alleged."  *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994).
14 To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements:
15 (1) that a right secured by the Constitution or laws of the United States was violated, and
16 (2) that the alleged violation was committed by a person acting under the color of state law.
17 *See West v. Atkins*, 487 U.S. 42, 48 (1988).

18 **B.  Legal Claims**

19     Plaintiff alleges without elaboration that Victor French, a nurse at the San Francisco
20 County Jail, threatened him and tampered with his medications.  Such undetailed allegations
21 do not state plausible claims for relief.  Plaintiff must allege <u>specific</u> details, such as what the
22 threats concerned, what words were used in the threats, what medications French allegedly
23 tampered, how he tampered with them, etc.

24     The complaint is DISMISSED with leave to amend.  Plaintiff shall file an amended
25 complaint on or before December 15, 2013.  The first amended complaint must include the
26 caption and civil case number used in this order (13-2952 RS(PR)) and the words FIRST
27 AMENDED COMPLAINT on the first page.  Because an amended complaint completely
28

**United States District Court**
For the Northern District of California

replaces the previous complaints, plaintiff must include in his first amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

DATED: October 31, 2013

_____
RICHARD SEEBORG
United States District Judge