*E-Filed 12/17/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RICKLEFFS, | No. C 13-2952 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| VICTOR FRENCH, | |
| Defendant. | |

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain an amended complaint addressing all deficiencies stated in the order dismissing the complaint with leave to amend.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: December 17, 2013

_____
RICHARD SEEBORG
United States District Judge

No. C 13-2952 RS (PR)
ORDER OF DISMISSAL