*E-Filed 12/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RICKLEFFS, | No. C 13-2952 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| VICTOR FRENCH, | |
| Defendant. | |

The action was dismissed because plaintiff failed to comply with the Court's order to file an amended complaint. Plaintiff since has filed such a document, which the Court construes as containing a motion to reopen. So construed, it is GRANTED. The action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 12) and the order of dismissal (Docket No. 11) are VACATED. The Court will review the first amended complaint in a separate order.

**IT IS SO ORDERED**.

DATED: December 19, 2013

RICHARD SEEBORG
United States District Judge