IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICKLEFFS, | ) No. C 13-2952 LHK (PR) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| VICTOR FRENCH, | ) |
| Defendant. | ) |

Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On July 10, 2014, plaintiff filed a notice with the court indicating that he had spoken with defendant, resolved the conflict, and wished to voluntarily dismiss the case.  (Docket No. 22.)

Plaintiff may voluntarily dismiss his complaint without order of this court by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(i).  Because opposing party has made no appearance in these proceedings, and has not filed an answer or motion for summary judgment, this action is **DISMISSED**.

The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED:   7/22/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.13\Rickleffs952vol-dism.wpd